# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL HEFLIN,**

    **Plaintiff,**

**v.**                                                                **No. 19-cv-0254 SMV**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District court Without Prepaying Fees or Costs (Long Form) [Doc. 2], filed on March 22, 2019. Plaintiff requests that he be permitted to proceed *in forma pauperis*, in accordance with 28 U.S.C. § 1915. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application to Proceed in District court Without Prepaying Fees or Costs [Doc. 2] be **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**