# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL HELFIN,**
    **Plaintiff,**

    **vs.**                                                   **CIV NO. 2:19-00254-SMV**

**ANDREW SAUL,**
**Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until December 5, 2019, to file a response and Plaintiff shall have until December 19, 2019, to file a reply.

    SIGNED  November 4 , 2019.

                                                                  STEPHAN M. VIDMAR
                                                                  United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 11/1/2019*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 10/31/2019*
AMBER DENGLER
Attorney for Plaintiff