### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**MICHAEL HEFLIN,**

   **Plaintiff,**

  **vs.**           **CIV. NO. 2:19-cv-00254-SMV**

**ANDREW SAUL,**
**Commissioner of Social**
**Security,**

   **Defendant.**

## ORDER

   The Court, having reviewed the parties' Stipulated Motion for Award of Attorney Fees

Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 27), HEREBY ORDERS

that attorney fees be awarded under the EAJA, payable to Plaintiff in care of his attorney in the

amount of $4,400.00. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the

prevailing party, not the attorney).

   IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under

both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund

the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).


              _____
              STEPHAN M. VIDMAR
              UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Filed Electronically 2/26/20*
STEVEN W. MARTYN
Special Assistant United States Attorney

*Electronically Approved 2/26/20*
AMBER L. DENGLER
Attorney for Plaintiff